**MEMO ENDORSED**

## JON L. NORINSBERG
ATTORNEY AT LAW
TRANSPORTATION BUILDING
225 BROADWAY
SUITE 2700
NEW YORK, NEW YORK 10007

BRONX OFFICE
5626 POST ROAD
BRONX, NEW YORK 10471
TEL (718) 432-3018
FAX (718) 432-0070

TEL (212) 791-5396
(212) 791-5397
FAX (212) 406-6890
E-MAIL: NORINSBERG@AOL.COM

July 20, 2007

Honorable P. Kevin Castel
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
Brooklyn, New York 11201

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/07
```

Re:   *Louise Rogers Tate v. Nina Ghosh, et al.*
      07 CV 5885 (PKC)

Your Honor:

I represent plaintiff Louise Rogers Tate in the above-referenced matter. I write now to respectfully request that the Court adjourn the upcoming initial conference scheduled for Friday, July 27, 2007 at 12:45 p.m.

The reason for this request is that not all defendants have been served with the Complaint at this time.

Based on the foregoing, I respectfully request that the Court adjourn the upcoming conference, allowing at least an additional 60 days for completion of service. I thank the Court for consideration of this request.

Very truly yours,

Jon L. Norinsberg

JLN/nb

*[Handwritten endorsement: Conference adjourned from July 27, 2007 to September 14, 2007 at 10:45 a.m. SO ORDERED]*

TOTAL P.02