# HECHT, KLEEGER, PINTEL & DAMASHEK

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

**MEMO ENDORSED**

275 MADISON AVENUE, SUITE 1100
NEW YORK, N.Y. 10016
TEL (212) 490-5700 • FAX (212) 490-4800

JONATHAN S. DAMASHEK * • ▲
JORDAN D. HECHT * •
JUDD F. KLEEGER * •
IRA S. PINTEL * •

\* ADMITTED IN NEW YORK
• ADMITTED IN NEW JERSEY
▲ ADMITTED IN WASHINGTON, D.C.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/07

October 4, 2007

<u>Via Facsimile (212) 805-7949</u>

Honorable P. Kevin Castel
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
Brooklyn, New York 11201

Re:　Tate v. Ghosh, et al
　　　07 CV 5885 (PKC)

Dear Honorable Judge Castel:

　　Please be advised that this firm represents the plaintiff in the above referenced matter. I am writing to request an adjournment of the initial Pre-Trial Conference scheduled for Friday, October 5, 2007 at 10:45 A.M.

　　On June 21, 2007 a Summons and Complaint was filed in the Southern District of New York. Service has been effectuated against defendant Fred Weingarten on September 6, 2007 and against defendants Nana Ghosh, Michael Cohen, Aristisidis Shismeros and Wai Kwok Ha on September 10, 2007. To date, said defendants have yet to serve an answer.

　　Additionally, we are in the process of serving defendants Hilton Hotels Corporation, Mohd Farugue and Golam Mortuja.

　　It is respectively requested that said conference be adjourned for at least sixty (60) days in order for plaintiff to complete service and to allow defendants to serve an answer.

　　Thank you for your attention in this regard.

Respectfully yours,

JORDAN HECHT (JDH-3142)

*[Handwritten endorsement: Conference adjourned from October 5, 2007 at 10:45 a.m. to December 7, 2007 at 10:45 a.m. SO ORDERED. PKC USDJ 10-4-07]*