UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LOUISE ROGERS TATE,                                           Justice Castel
       Plaintiff(s),                                                        07-CV-5885
  - against -
NAN GHOSH, MICHAEL CHOEN, MOHD D.                **Answer to**
FARUGUE, ARISTISIDIS SHISMEROS,                  **Cross-Claim**
WAI KWOK HA, GOLAM MORTUJA,
FRED WEINGARTEN, and HILTON HOTELS
CORPORATION,
       Defendant(s).
------------------------------------------------------------------x

The defendant(s), **NANA GHOSH** by his attorney, **MARJORIE E. BORNES, ESQ.**, answering the cross-claim of Defendants **FRED WEINGARTEN and GOLAM MORTUJA** respectfully alleges upon information and belief, as follows:

### AS AND FOR HIS ANSWER TO THE CROSS-COMPLAINT

1.    Denies knowledge or information to form a belief as to each and every allegation contained in paragraph(s) Α1", of the Cross-Complaint.

2.    Denies each and every allegation contained in paragraph(s) "2" and "3" of the Cross-Complaint as to defendant(s) Nana Ghosh.

W H E R E F O R E, the answering defendant(s) **NANA GHOSH**, demand(s) judgment dismissing the complaint of the plaintiff(s) herein, or in the alternative, demands indemnification and/or contribution from the co-defendants and/or plaintiff herein, together with the costs and disbursements of this action.

Dated: New York, NY
       October 11, 2007                        Yours, etc.,

_____
**MARJORIE E. BORNES, ESQ. MB6505**
Attorneys for Defendant(s)
*Nana Ghosh*
330 West 34th Street - 7th Floor
New York, NY 10001
(212) 857-8252

**TO:**  **JON L. NORINSBERG, ESQ**
Attorney for Plaintiff(s) *Tate*
225 Broadway – Suite 2700
New York, NY 10007
(212) 791-5396

**BAKER, McEVOY, MORRISSEY & MOSKOVITS, PC**
Michael Josephs, Esq.
Attorneys for Defendant(s)
*Mohd D. Faugue*
330 West 34th Street – 7th Floor
New York, NY 10001
(212) 857-8230

**PHILIP J. RIZZUTO, PC**
Attorneys for Defendant(s)
*Wia Kwok Ha*
One Old Country Road – Suite 285
Carle Place, NY 11514
(516) 622-0606

**GERBER & GERBER, PLLC**
Fidel F. Del Valle, Esq. (FD 1049)
Attorneys for Defendant(s)
*Fred Weingarten and Golam Mortuja*
26 Court Street – Suite 1405
Brooklyn, NY 11242

**MICHAEL COHEN**
22-05 43rd Avenue
Long Island City, NY 11101-5018

**ARISTIDIS SHISMEROS**
11-06 Broadway
Astoria, NY 11106-4838

**HILTON HOTEL CORPORATION**
9336 Civic Center Drive
Beverly Hills, Ca 90210-3604

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
KARA O'GRADY,                                                          Justice Marrero
                Plaintiff(s),                                      07-CV-8207
    - against -
PAMELA BUTLER, TIFFANY BUTLER,
SINGH GURPINDER and PAL MANDEEP
                Defendant(s).
------------------------------------------------------------------x

### CERTIFICATION OF SERVICE BY EFILING AND MAIL

STATE OF NEW YORK    )
                                  ) ss:
COUNTY OF NEW YORK  )

       I hereby certify that on October 15, 2007 the foregoing document **ANSWER TO CROSS-COMPLAINT** was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District=s Local Rules, and/or the Southern District=s Rules on Electronic Service, upon:

          In addition, on October 15, 2007, I served the same papers described above by depositing a true copy of same enclosed in a post paid properly addressed wrapper in a post office under the exclusive care and custody of the U.S. Postal Service within the State of New York addressed to each attorney or party as follows:

**TO:**    SEE RIDER


_____
MARJORIE E. BORNES, ESQ

**RIDER**

**By electronic filing:**

TO:    **JON L. NORINSBERG, ESQ**
Attorney for Plaintiff(s) *Tate*
225 Broadway – Suite 2700
New York, NY 10007
(212) 791-5396

**BAKER, McEVOY, MORRISSEY & MOSKOVITS, PC**
Michael Josephs, Esq.
Attorneys for Defendant(s)
*Mohd D. Faugue*
330 West 34th Street – 7th Floor
New York, NY 10001
(212) 857-8230

**PHILIP J. RIZZUTO, PC**
Attorneys for Defendant(s)
*Wia Kwok Ha*
One Old Country Road – Suite 285
Carle Place, NY 11514
(516) 622-0606

**GERBER & GERBER, PLLC**
Fidel F. Del Valle, Esq. (FD 1049)
Attorneys for Defendant(s)
*Fred Weingarten and Golam Mortuja*
26 Court Street – Suite 1405
Brooklyn, NY 11242

**By regular mail:**

TO:    **MICHAEL COHEN**
22-05 43rd Avenue
Long Island City, NY 11101-5018

**ARISTIDIS SHISMEROS**
11-06 Broadway
Astoria, NY 11106-4838

**HILTON HOTEL CORPORATION**
9336 Civic Center Drive
Beverly Hills, Ca 90210-3604

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
INDEX # 07-CV-5885

LOUISE ROGERS TATE,
               Plaintiff(s),
  - against -
NAN GHOSH, MICHAEL CHOEN, MOHD D. FARUGUE, ARISTISIDIS SHISMEROS, WAI KWOK HA, GOLAM MORTUJA, FRED WEINGARTEN, and HILTON HOTELS CORPORATION,
               Defendant(s).

## ANSWER TO CROSS-COMPLAINT

**MARJORIE E. BORNES, ESQ.**
Attorney for Defendant(s) *Singh and Mandeep*
330 West 34th Street - 7th Floor
New York, NY 10001
(212) 857-8252

*TO:*
*Attorney for* _____
*Service of a copy of the within            is hereby admitted.*

*Dated*          _____         *Attorneys for*

**PLEASE TAKE NOTICE**
_____Notice of Entry
that the within is a true copy of a    duly entered in the office of the Clerk of the within Court on      , 200 .

_____Notice of Settlement
that an order of which the within is a true copy will be presented for settlement to the Hon. , one of the Judges of the within named Court, at    on    at    A.M.
Dated

                                             **MARJORIE E. BORNES, ESQ.**
                                             *Attorney for Defendant(s)*
                                             *Singh and Mandeep*
                                             330 West 34th Street - 7th Floor
                                             New York, NY 10001
                                             212-857-8252

TO:
Attorney for