UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
================================X
LOUISE ROGERS TATE,

      Plaintiff,

-against-

NANA GHOSH, MICHAEL COHEN,
MOHD D. FARUGUE, ARISTISIDIS
SHISMEROS, WAI KWOK HA,
GOLAM MORTUJA, FRED WEINGARTEN
and HILTON HOTELS CORPORATION,

      Defendants,
================================X

**NOTICE OF APPEARANCE**

Docket No.: 07 CV 5885
(PKC)

S I R S:

      **PLEASE TAKE NOTICE**, that the law firm of HECHT KLEEGER PINTEL & DAMASHEK, of 275 Madison Avenue, Suite 1100, New York, New York, 10016, are the attorneys for plaintiff LOUISE ROGERS TATE.

Dated:   October 16, 2007
          New York, New York

                                      Yours, etc.,

                                      HECHT, KLEEGER, PINTEL
                                      & DAMASHEK

                         By: _____
                             JORDAN HECHT, ESQ. (JDH-3142)
                             Attorney for Plaintiff
                             275 Madison Avenue-Suite 1100
                             New York, New York 10279-0003
                             (212) 490-5700