UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

LOUISE ROGERS TATE,

       Plaintiff

  -against-

NALA GHOSH, MICHAEL COHEN, MOHD D.
FARUGUE, ARISTISIDIS SHISMEROS, WAI KWOK HA,
GOLAM MURTUJA, FRED WEINGARTEN and
HILTON HOTELS CORPORATION,

       Defendants
-----------------------------------------------------------------------X

Index No.: 07-CV-5885

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND PARTIES OF RECORD:

Enter this firm's appearance as counsel in this case for defendant KWOK WAI HA s/h/a

WAI KWOK HA.  I certify that I am admitted to practice in this Court.

Dated:  Carle Place, New York
       October 24, 2007

                                Yours, etc.,

                                _____
                                Philip J. Rizzuto  (1101 )
                                PHILIP J. RIZZUTO, P.C.
                                Attorneys for Defendants
                                KWOK WAI HA
                                One Old Country Road – Suite 285
                                Carle Place, New York 11514
                                (516) 622-0606
                                Our File No. 62-0087

TO:
JON. L. NORINSBERG, ESQ.
Attorney for Plaintiff
225 Broadway, suite 2700
New York, New York 10007
212/791-5396

HECHT, KLEEGER, PINTEL & DAMASHEK
Attorneys for Plaintiff
275 Madison Avenue
Suite 1100
New York, New York 10016
212/490-5700

MARJORIE E. BORNES
Attorney for Defendants
NAN GHOSH, MICHAEL COHEN, MOHD D. FARUGUE, ARISTISIDIS SHISMEROS
330 West 34th Street
New York, New York 10001
212/857-8252

FIDEL F. DEL VALLE
Attorneys for Defendants Golam Mortuja and Fred Weingarten
26 Court Street, Suite 1405
Brooklyn, New York 11242
718/258-3096