UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LOUISE ROGERS TATE,

      Plaintiff

  -against-

NALA GHOSH, MICHAEL COHEN, MOHD D.
FARUGUE, ARISTISIDIS SHISMEROS, WAI KWOK HA,
GOLAM MURTUJA, FRED WEINGARTEN and
HILTON HOTELS CORPORATION,

      Defendants
-------------------------------------------------------------------X

Index No.: 07-CV-5885

**DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, KWOK WAI HA s/h/a WAI KWOK HA (hereinafter referred to as defendant "HA"), makes the following disclosure:

1.    Is the party a non-governmental corporate party?    NO

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Dated:  Carle Place, New York
         October 24, 2007

                                                Yours, etc.,

                                               _____
                                               Philip J. Rizzuto  (1101)
                                               PHILIP J. RIZZUTO, P.C.
                                               Attorneys for Defendants
                                               KWOK WAI HA
                                               One Old Country Road – Suite 285
                                               Carle Place, New York 11514
                                               (516) 622-0606

TO:
JON. L. NORINSBERG, ESQ.
Attorney for Plaintiff
225 Broadway, suite 2700
New York, New York 10007
212/791-5396

HECHT, KLEEGER, PINTEL & DAMASHEK
Attorneys for Plaintiff
275 Madison Avenue
Suite 1100
New York, New York 10016
212/490-5700

MARJORIE E. BORNES
Attorney for Defendants
NAN GHOSH, MICHAEL COHEN, MOHD D. FARUGUE, ARISTISIDIS SHISMEROS
330 West 34th Street
New York, New York 10001
212/857-8252

FIDEL F. DEL VALLE
Attorneys for Defendants Golam Mortuja and Fred Weingarten
26 Court Street, Suite 1405
Brooklyn, New York 11242
718/258-3096