UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
LOUISE ROGERS TATE,

      Plaintiff

-against-

NALA GHOSH, MICHAEL COHEN, MOHD D.
FARUGUE, ARISTISIDIS SHISMEROS, WAI KWOK HA,
GOLAM MURTUJA, FRED WEINGARTEN and
HILTON HOTELS CORPORATION,

      Defendants
---------------------------------------------------------------------X

Index No.: 07-CV-5885

**DISCLOSURE RESPONSES**

**C O U N S E L :**

    Defendant, KWOK WAI HA s/h/a WAI KWOK HA, by his attorneys, PHILIP J. RIZZUTO, P.C., provides the following disclosure to all parties:

1. Besides all parties herein, defendant is aware of two witnesses to the within occurrence, to wit: Jennifer Mitchell, 357 Pleasant Valley Road, Norwood, New York and Jeffrey Brink, 33 East 78th Street, New York, New York.

2. Enclosed herein, please find defendant HA's insurance declaration page indicating insurance limits applicable for the within accident.

3. At this time, defendant is not in possession of any accident reports other than the Police Accident Report which is a matter of public record.

4. At this time, defendant is not in possession of any photographs depicting any of the vehicles involved in the within accident or the accident location.

PLEASE TAKE NOTICE, that defendant HA reserves the right to supplement this response prior to the trial of the within action.

Dated: Carle Place, New York
October 24, 2007

Yours, etc.,

_____
Philip J. Rizzuto  (1101)
PHILIP J. RIZZUTO, P.C.
Attorneys for Defendants
KWOK WAI HA
One Old Country Road – Suite 285
Carle Place, New York 11514
(516) 622-0606
Our File No. 62-0087

TO:
JON. L. NORINSBERG, ESQ.
Attorney for Plaintiff
225 Broadway, suite 2700
New York, New York 10007
212/791-5396

HECHT, KLEEGER, PINTEL & DAMASHEK
Attorneys for Plaintiff
275 Madison Avenue
Suite 1100
New York, New York 10016
212/490-5700

MARJORIE E. BORNES
Attorney for Defendants
NAN GHOSH, MICHAEL COHEN, MOHD D. FARUGUE, ARISTISIDIS SHISMEROS
330 West 34th Street
New York, New York 10001
212/857-8252

FIDEL F. DEL VALLE
Attorneys for Defendants Golam Mortuja and Fred Weingarten
26 Court Street, Suite 1405
Brooklyn, New York 11242
718/258-3096