**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK

COUNTY OF NASSAU ss.:

    YVETTE TRAYLOR being duly sworn, deposes and says:

    I am over 18 years of age, I am not a party to the action, and I reside in SUFFOLK County in the State of New York.

    That on October 25, 2007, I served a true copy of the annexed

1) DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 7.1
2) VERIFIED ANSWER AND CROSS CLAIM
3) NOTICE OF APPEARANCE, RULE 26 DISCLOSURE RESPONSES

by mailing the same in a sealed envelope, with postage prepared thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

Marjorie E. Bornes, Esq.
Attorneys for Defendant(s)
NANA GHOSH & MICHEAL COHEN
330 West 34th Street
New York, New York 10001
(212) 857-8252

Fidel F. Del Valle
Attorneys for Defendant(s)
GOLAM MORTUJA & FRED WEINGARTEN
26 Court Street Suite 1405
Brooklyn, NY   11242
(718) 258-3096

                          _____/S_____
                          YVETTE TRAYLOR

Sworn to before me October 24, 2007

_____/S_____
Notary Public State of New  York
Kenneth R. Shapiro
No. 02SH5067693
Qualified in Nassau County
Comm. Expires October 21, 2010