UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOUISE ROGERS TATE,                                     Case No.: 07 CV 5885

                Plaintiff                **RULE 7.1**
                                                        **STATEMENT**
NANA GHOSH, MICHAEL COHEN, MOHD D.
FARUGUE, ARISTISIDIS SHISMEROS,                         Judge Assigned:
WAI KWOK HA, GOLAM MORTUJA,                             Judge Castel
FRED WEINGARTEN, and HILTON HOTELS
CORPORATION,

                Defendants.
------------------------------------------------------------X

      As and for a disclosure statement pursuant to Rule 7.1, defendant sets forth as follows:

      1.    Defendant, HILTON HOTELS CORPORATION, is a publicly held corporation. It does not have a parent corporation or any publicly held corporation that owns 10% or more of its stock.

Dated: Valhalla, New York
       October 25, 2007

                                                              Respectfully submitted,

                                                     KAUFMAN BORGEEST & RYAN LLP
                                                     By: Michael P. Mezzacappa, Esq. (MM 0757)
                                                     Attorneys for Defendant
                                                     HILTON HOTELS CORPORATION
                                                     200 Summit Lake Drive, First Floor
                                                     Valhalla, New York 10595
                                                     (914) 741-6100
                                                     Our File No.: 747.004

TO:    JON L. NORINSBERG, ESQ.
         Attorneys for Plaintiff
         225 Broadway, Suite 2700
         New York, New York 10007
         (212) 791-5396

HECHT, KLEEGER, PINTEL & DAMASHEK
Attorneys for Plaintiff
275 Madison Avenue
Suite 1100
New York, New York  10016
(212) 490-5700

MARJORIE E. BORNES
Attorney for Defendants
NANA GHOSH, MICHAEL COHEN,
MOHD D. FARUGUE and ARISTISIDIS SHISMEROS
330 West 34th Street
New York, New York  10001
(212) 857-8252

PHILIP J. RIZZUTO, PC
Attorneys for Defendant
WAI KWOK HA
One Old Country Road – Suite 285
Carle Place, New York  11514
(516) 622-0606

GERBER & GERBER, PLLC
Attention:  Fidel F. DelValle, Esq.
Attorneys for Defendants
GOLAM MORTUJA and FRED WEINGARTEN
26 Court Street, Suite 1405
Brooklyn, New York  11242
(718) 834-0559

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF WESTCHESTER     )

      **NANCY BARBATO**, being duly sworn, deposes and says:

      That deponent is not a party to this action, is over 18 years of age and resides in Westchester County, New York.

      That on the 26th day of October, 2007, deponent served the within **RULE 7.1 STATEMENT** upon:

JON L. NORINSBERG, ESQ.
Attorneys for Plaintiff
225 Broadway, Suite 2700
New York, New York 10007
(212) 791-5396

HECHT, KLEEGER, PINTEL & DAMASHEK
Attorneys for Plaintiff
275 Madison Avenue
Suite 1100
New York, New York 10016
(212) 490-5700

MARJORIE E. BORNES
Attorney for Defendants
NANA GHOSH, MICHAEL COHEN,
MOHD D. FARUGUE and ARISTISIDIS SHISMEROS
330 West 34th Street
New York, New York 10001
(212) 857-8252

PHILIP J. RIZZUTO, PC
Attorneys for Defendant
WAI KWOK HA
One Old Country Road – Suite 285
Carle Place, New York 11514
(516) 622-0606

GERBER & GERBER, PLLC
Attention: Fidel F. DelValle, Esq.
Attorneys for Defendants
GOLAM MORTUJA and FRED WEINGARTEN
26 Court Street, Suite 1405
Brooklyn, New York 11242
(718) 834-0559

    The attorneys for the respective parties in this action at the above addresses designated by said attorneys for that purpose by depositing a true copy thereof in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

_____
NANCY BARBATO

Sworn to before me this
26th day of October, 2007.

_____
Notary Public

JACQUELINE M. GARRETT
Notary Public, State of New York
No. 4863431
Qualified in Westchester County
Commission Expires July 7, 2010