## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK           )
                            ) ss.:
COUNTY OF WESTCHESTER       )

**NANCY BARBATO**, being duly sworn, deposes and says:

That deponent is not a party to this action, is over 18 years of age and resides in Westchester County, New York.

That on the 30th day of October, 2007, deponent served the within **ANSWER TO COMPLAINT** upon:

BAKER, McEVOY, MORRISSEY & MOSKOVITS, PC
Attorneys for Defendant
MOHD D. FARUGUE
330 West 34th Street, 7th Floor
New York, New York  10001
(212) 857-8230

MICHAEL COHEN
22-05 43rd Avenue
Long Island City, New York  11101-5018

ARISTISIDIS SHISMEROS
11-06 Broadway
Astoria, New York  11106-4838

The attorneys for the respective parties in this action at the above addresses designated by said attorneys for that purpose by depositing a true copy thereof in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

_____
NANCY BARBATO

Sworn to before me this
30th day of October, 2007.

_____
Notary Public

TIFFANY S. HENDRICKSON
Notary Public, State of New York
No. 01HE6130070
Qualified in Westchester County
Commission Expires July 5, 20__