UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LOUISE ROGERS TATE,
        Plaintiff(s),
  - against -
NAN GHOSH, MICHAEL CHOEN, MOHD D.
FARUGUE, ARISTISIDIS SHISMEROS,
WAI KWOK HA, GOLAM MORTUJA,
FRED WEINGARTEN, and HILTON HOTELS
CORPORATION,
        Defendant(s).
------------------------------------------------------------------x

Justice Castel
07-CV-5885

**Answer to
Cross-Claim**

    The defendant(s), **NANA GHOSH** by his attorney, **MARJORIE E. BORNES, ESQ.**, answering the cross-claim of Defendants **HILTON HOTELS CORPORATION** respectfully alleges upon information and belief, as follows:

## AS AND FOR HIS ANSWER TO THE CROSS-C

    1.    Denies each and every allegation contained in paragraph(s) of the Cross-Claim as to defendant(s) Nana Ghosh.

    **W H E R E F O R E**, the answering defendant(s) **NANA GHOSH**, demand(s) judgment dismissing the complaint of the plaintiff(s) herein, or in the alternative, demands indemnification and/or contribution from the co-defendants and/or plaintiff herein, together with the costs and disbursements of this action.

Dated: New York, NY
      October 31, 2007               Yours, etc.,

_____
**MARJORIE E. BORNES, ESQ. MB6505**
Attorneys for Defendant(s)
*Nana Ghosh*
330 West 34th Street - 7th Floor
New York, NY 10001
(212) 857-8252

**TO:**   **JON L. NORINSBERG, ESQ**
Attorney for Plaintiff(s) *Tate*
225 Broadway – Suite 2700
New York, NY 10007
(212) 791-5396

**BAKER, McEVOY, MORRISSEY & MOSKOVITS, PC**
Michael Josephs, Esq.
Attorneys for Defendant(s)
*Mohd D. Faugue and Aristidis Shismeros*
330 West 34th Street – 7th Floor
New York, NY 10001
(212) 857-8230

**PHILIP J. RIZZUTO, PC**
Attorneys for Defendant(s)
*Wia Kwok Ha*
One Old Country Road – Suite 285
Carle Place, NY 11514
(516) 622-0606

**GERBER & GERBER, PLLC**
Fidel F. Del Valle, Esq. (FD 1049)
Attorneys for Defendant(s)
*Fred Weingarten and Golam Mortuja*
26 Court Street – Suite 1405
Brooklyn, NY 11242

**KAUFMAN BORGEEST & RYAN LLP**
Michael P. Mezzacappa, Esq. (MM 0757)
Attorneys for Defendant
*Hilton Hotels Corporation*
200 Summit Lake Drive, First Floor
Valhalla, New York, 10595
(914) 741-6100
Your File # 747.004

**MICHAEL COHEN**
22-05 43rd Avenue
Long Island City, NY 11101-5018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LOUISE ROGERS TATE,                                    Justice Castel
             Plaintiff(s),                          07-CV-5885
   - against -
NAN GHOSH, MICHAEL CHOEN, MOHD D.
FARUGUE, ARISTISIDIS SHISMEROS,
WAI KWOK HA, GOLAM MORTUJA,
FRED WEINGARTEN, and HILTON HOTELS
CORPORATION,
             Defendant(s).
------------------------------------------------------------------x

**CERTIFICATION OF SERVICE BY EFILING AND MAIL**

STATE OF NEW YORK     )
                     ) ss:
COUNTY OF NEW YORK    )

      I hereby certify that on October 31, 2007 the foregoing document **ANSWER TO CROSS-CLAIM** was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District=s Local Rules, and/or the Southern District=s Rules on Electronic Service, upon:

        In addition, on October 31, 2007, I served the same papers described above by depositing a true copy of same enclosed in a post paid properly addressed wrapper in a post office under the exclusive care and custody of the U.S. Postal Service within the State of New York addressed to each attorney or party as follows:

**TO:**    SEE RIDER


_____
MARJORIE E. BORNES, ESQ

**RIDER**

**By electronic filing:**

TO:    **JON L. NORINSBERG, ESQ**
Attorney for Plaintiff(s) *Tate*
225 Broadway – Suite 2700
New York, NY 10007
(212) 791-5396

**BAKER, McEVOY, MORRISSEY & MOSKOVITS, PC**
Michael Josephs, Esq.
Attorneys for Defendant(s)
*Mohd D. Faugue and Aristidis Shismeros*
330 West 34th Street – 7th Floor
New York, NY 10001
(212) 857-8230

**PHILIP J. RIZZUTO, PC**
Attorneys for Defendant(s)
*Wia Kwok Ha*
One Old Country Road – Suite 285
Carle Place, NY 11514
(516) 622-0606

**GERBER & GERBER, PLLC**
Fidel F. Del Valle, Esq. (FD 1049)
Attorneys for Defendant(s)
*Fred Weingarten and Golam Mortuja*
26 Court Street – Suite 1405
Brooklyn, NY 11242

**KAUFMAN BORGEEST & RYAN LLP**
Michael P. Mezzacappa, Esq. (MM 0757)
Attorneys for Defendant
*Hilton Hotels Corporation*
200 Summit Lake Drive, First Floor
Valhalla, New York, 10595
(914) 741-6100
Your File # 747.004

**MICHAEL COHEN**
22-05 43rd Avenue
Long Island City, NY 11101-5018

**By regular mail:**

TO:    **MICHAEL COHEN**
22-05 43rd Avenue
Long Island City, NY 11101-5018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
INDEX # 07-CV-5885

LOUISE ROGERS TATE,
                Plaintiff(s),
  - against -
NAN GHOSH, MICHAEL CHOEN, MOHD D. FARUGUE, ARISTISIDIS SHISMEROS, WAI KWOK HA, GOLAM MORTUJA, FRED WEINGARTEN, and HILTON HOTELS CORPORATION,
                Defendant(s).

## ANSWER TO CROSS-CLAIM

**MARJORIE E. BORNES, ESQ.**
Attorney for Defendant(s) *Singh and Mandeep*
330 West 34th Street - 7th Floor
New York, NY 10001
(212) 857-8252

*TO:*
*Attorney for*_____
*Service of a copy of the within                is hereby admitted.*

*Dated*                _____                *Attorneys for*

**PLEASE TAKE NOTICE**
_____Notice of Entry
that the within is a true copy of a     duly entered in the office of the Clerk of the within Court on       , 200 .

_____Notice of Settlement
that an order of which the within is a true copy will be presented for  settlement to the Hon. , one of the Judges of the within named Court, at      on      at      A.M.
Dated

                                        **MARJORIE E. BORNES, ESQ.**
                                        *Attorney for Defendant(s)*
                                        *Singh and Mandeep*
                                        330 West 34th Street - 7th Floor
                                        New York, NY 10001
                                        212-857-8252

TO:
Attorney for