| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK_____ | 07-CV-5885 |
| LOUISE ROGERS TATE,<br>                       Plaintiff,<br>    -against- | Justice Castel<br><br>**DISCLOSURE OF**<br>**INTERESTED PARTIES** |
| NANA GHOSH, MICHAEL COHEN, MOHD D. FARUGUE, ARISTISIDIS SHISMEROS, WAI KWOK HA, GOLAM MORTUJA, FRED WEINGARTEN, and HILTON HOTELS CORPORATION,<br>                       Defendants | |
| | File No. 539231 |

The defendant, MOHD D. FARUGUE, by his attorney, MICHAEL I. JOSEPHS, ESQ., an Associate of BAKER, McEVOY, MORRISSEY & MOSKOVITS, PC, having filed an initial pleading in the above captioned matter, makes the following disclosure, as required by Local Rule 7.1:

Defendant MOHD D. FARUGUE is an individual and is not a corporation.

Dated: November 1, 2007
       New York, New York

                                        MICHAEL I. JOSEPHS, ESQ.
                          Baker, McEvoy, Morrissey & Moskovits, PC
                               Attorney for Defendants
                                      MOHD D. FARUGUE
                              330 West 34th Street, 7th Floor
                                New York, New York 10001
                                         (212) 845-8744

                                _____
                                    Michael I. Josephs, Esq.

CERTIFICATION OF SERVICE BY ELECTRONIC FILING

State of New York    )
                    ss.
County of New York)

      Michael I. Josephs, an attorney admitted to practice in the United States District Court for the Southern District of New York, hereby certifies that on November 1, 2007, a Rule 7.1 Discolosure Statement on behalf of Defendant MOHD D. FARUGUE was filed electronically with the Clerk of the Court, and is therefore available for copying by the other parties in this case:

JON LOUIS NORINSBERG, ESQ.
LAW OFFICES OF JON L. NORINSBERG
225 Broadway, Suite 2700
New York, New York 10007
212-791-5396

JONATHAN S. DAMASHEK, ESQ.
HECHT KLEEGER PINTEL & DAMASHEK
Attorney for Plaintiff, LOUISE ROGERS TATE
275 Madison Avenue, Suite 1100
New York, NY 10279-0003
212-490-5700

MARJORIE E. BORNES, ESQ.
Attorney for Defendant, NANA GHOSH
330 W. 34th Street, 7th Floor
New York, New York 10001
212-857-8252

PHILIP JOHN RIZZUTO, ESQ.
PHILIP J. RIZZUTO, PC
Attorney for Defendant, WIA KWOK HA
One Old Country Road, Suite 285
Carle Place, NY 11514
516-622-0606

FIDEL F. DEL VALLE, ESQ.
GERBER & GERBER, PLLC
Attorneys for Defendants, FRED WEINGARTEN and GOLAM MORTUJA
26 Court Street, Suite 1405
Brooklyn, New York 11242
718-834-0559

MICHAEL PETER MEZZACAPPA, ESQ.
KAUFMAN BORGEEST & RYAN LLP
200 Summit Lake Drive
Valhalla, NY 10595
914-741-6100


**Attorneys for Defendants Michael Cohen and Aristidis Shismeros are not known to the certifier at this time.

Dated: November 1, 2007
      New York, New York                         _____
                                                      Michael I. Josephs, Esq.