UNITED STATES DISTRICT COURT                           07-CV-5885
EASTERN DISTRICT OF NEW YORK_____   _____
LOUISE ROGERS TATE,                                         Justice Castel
                                    Plaintiff,
              -against-                                **ANSWER TO**
                                                   **CO-DEFENDANTS**
                                                    **CROSS-CLAIMS**

NANA GHOSH, MICHAEL COHEN, MOHD D.
FARUGUE, ARISTISIDIS SHISMEROS, WAI KWOK
HA, GOLAM MORTUJA, FRED WEINGARTEN, and
HILTON HOTELS CORPORATION,
                                    Defendants
                                                           File No. 539231
_____

      The defendant, MOHD D. FARUGUE, by his attorney, MICHAEL I. JOSEPHS,

ESQ., an Associate of BAKER, McEVOY, MORRISSEY & MOSKOVITS, PC, answers

the Cross-Claims of Co-Defendants, as follows:

1.      Denies each and every allegation contained in paragraphs numbered 15 and 16 of

the Answer of Defendant, Nana Ghosh, which paragraphs constitute the Cross-Claim of

that Defendant.

2.      Denies each and every allegation contained in paragraphs numbered 1, 2 & 3 of

the Cross-Claim of Defendants Fred Weingarten and Golam Mortuja.

3.      Denies each and every allegation contained in those paragraphs which constitute

the Cross-Claim of Defendant Kwok Wai Ha s/h/a Wai Kwok Ha.

4.      Denies each and every allegation contained in those paragraphs which constitute

the Cross-Claim of Defendant Hilton Hotels Corporation.

WHEREFORE, the answering Defendant, MOHD D. FARUGUE, demands

Judgment dismissing Plaintiff's Complaint and the Cross-Claims of Co-Defendants.  To

the extent, if any, that Defendant, MOHD D. FARUGUE, is found liable to Plaintiff,

Judgment is demanded on Defendant FARUGUE's Cross-Claims against all co-

defendants for indemnification for Defendant FARUGUE'S liability, if any, together with

attorney's fees, costs and disbursements of this action.

Dated:  November 1, 2007
        New York, New York

_____
Michael I. Josephs, Esq.
Baker, McEvoy, Morrissey & Moskovits, PC
Attorneys for Defendant, MOHD D. FARUGUE
330 West 34th Street, 7th Floor
New York, New York 10001
212-845-8744

CERTIFICATION OF SERVICE BY ELECTRONIC FILING

State of New York    )
                                        ss.
County of New York)


Michael I. Josephs, an attorney admitted to practice in the United States District

Court for the Southern District of New York, hereby certifies that on November 1, 2007,

an Answer To Co-Defendants' Cross-claims was filed electronically with the Clerk of the

Court on behalf of Defendant MOHD.D. FARUGUE, and is therefore available for

copying by the other parties in this case:


JON LOUIS NORINSBERG, ESQ.
LAW OFFICES OF JON L. NORINSBERG
225 Broadway, Suite 2700
New York, New York 10007
212-791-5396

JONATHAN S. DAMASHEK, ESQ.
HECHT KLEEGER PINTEL & DAMASHEK
Attorney for Plaintiff, LOUISE ROGERS TATE
275 Madison Avenue, Suite 1100
New York, NY 10279-0003
212-490-5700

MARJORIE E. BORNES, ESQ.
Attorney for Defendant, NANA GHOSH
330 W. 34th Street, 7th Floor
New York, New York 10001
212-857-8252

PHILIP JOHN RIZZUTO, ESQ.
PHILIP J. RIZZUTO, PC
Attorney for Defendant, WIA KWOK HA
One Old Country Road, Suite 285
Carle Place, NY 11514

516-622-0606

FIDEL F. DEL VALLE, ESQ.
GERBER & GERBER, PLLC
Attorneys for Defendants, FRED WEINGARTEN and GOLAM MORTUJA
26 Court Street, Suite 1405
Brooklyn, New York 11242
718-834-0559

MICHAEL PETER MEZZACAPPA, ESQ.
KAUFMAN BORGEEST & RYAN LLP
200 Summit Lake Drive
Valhalla, NY 10595
914-741-6100


**Attorneys for Defendants Michael Cohen and Aristidis Shismeros are not known to the certifier at this time.

Dated:  November 1, 2007
         New York, New York          _____
                                              Michael I. Josephs, Esq.