UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LOUISE ROGERS TATE,

                    Plaintiff

NANA GHOSH, MICHAEL COHEN, MOHD D.
FARUGUE, ARISTISIDIS SHISMEROS,
WAI KWOK HA, GOLAM MORTUJA,
FRED WEINGARTEN, and HILTON HOTELS
CORPORATION,

                    Defendants.
-----------------------------------------------------------------X

Case No.: 07 CV 5885

**ANSWER TO CROSS-CLAIM OF WEINGARTEN & MORTUJA**

Judge Assigned:
Judge Castel

Defendant HILTON HOTELS CORPORATION hereinafter "HILTON", by its attorneys, KAUFMAN BORGEEST & RYAN LLP, as and for its Answer to the Cross-Claim of Defendants FRED WEINGARTEN and GOLAM MORTUJA, states upon information and belief as follows:

    FIRST:    In answering paragraph "1" of the pleading constituting the Cross-Claim of Defendants WEINGARTEN and MORTUJA, Defendant, HILTON denies knowledge or information sufficient to form a belief as to the allegations and respectfully refers all questions of law to the Court.

    SECOND:    In answering paragraph "2" of the pleading constituting the Cross-Claim of Defendants WEINGARTEN and MORTUJA, Defendant, HILTON denies the allegations as to Defendant HILTON and denies knowledge or information sufficient to form a belief as to the truth of the allegations as to co-defendants, NANA GHOSH, MICHAEL COHEN, MOHD D. FARUGUE, ARISTISIDIS SHISMEROS and WAI KWOK HA.

    THIRD:    In answering paragraph "3" of the pleading constituting the Cross-Claim of Defendants WEINGARTEN and MORTUJA, Defendant, HILTON denies the

allegations as to Defendant HILTON and denies knowledge or information sufficient to form a belief as to the truth of the allegations as to co-defendants, NANA GHOSH, MICHAEL COHEN, MOHD D. FARUGUE, ARISTISIDIS SHISMEROS and WAI KWOK HA.

**WHEREFORE**, answering Defendant, **HILTON,** hereby demands judgment dismissing Defendant WEINGARTEN and MORTUJA's Cross-Claim as against HILTON herein together with the costs, attorney's fees and such other and further relief as this Court may deem appropriate.

Dated: Valhalla, New York
November 5, 2007

                  Respectfully submitted,

                  _____
                  KAUFMAN BORGEEST & RYAN LLP
                  By: Michael P. Mezzacappa, Esq. (MM 0757)
                  Attorneys for Defendant
                  HILTON HOTELS CORPORATION
                  200 Summit Lake Drive, First Floor
                  Valhalla, New York 10595
                  (914) 741-6100
                  Our File No.: 747.004

TO: JON L. NORINSBERG, ESQ.
    Attorneys for Plaintiff
    225 Broadway, Suite 2700
    New York, New York 10007
    (212) 791-5396

    HECHT, KLEEGER, PINTEL & DAMASHEK
    Attorneys for Plaintiff
    275 Madison Avenue
    Suite 1100
    New York, New York 10016
    (212) 490-5700

MARJORIE E. BORNES
Attorney for Defendants
NANA GHOSH
330 West 34th Street
New York, New York  10001
(212) 857-8252

PHILIP J. RIZZUTO, PC
Attorneys for Defendant
WAI KWOK HA
One Old Country Road – Suite 285
Carle Place, New York  11514
(516) 622-0606

GERBER & GERBER, PLLC
Attention:  Fidel F. DelValle, Esq.
Attorneys for Defendants
GOLAM MORTUJA and FRED WEINGARTEN
26 Court Street, Suite 1405
Brooklyn, New York  11242
(718) 834-0559

BAKER, McEVOY, MORRISSEY & MOSKOVITS, PC
Attorneys for Defendant
MOHD D. FARUGUE
330 West 34th Street, 7th Floor
New York, New York  10001
(212) 857-8230

MICHAEL COHEN
22-05 43rd Avenue
Long Island City, New York  11101-5018

ARISTISIDIS SHISMEROS
11-06 Broadway
Astoria, New York  11106-4838

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK           )
                            ) ss.:
COUNTY OF WESTCHESTER       )

  **NANCY BARBATO**, being duly sworn, deposes and says:

  That deponent is not a party to this action, is over 18 years of age and resides in Westchester County, New York.

  That on the 5th day of November, 2007, deponent served the within **ANSWER TO CROSS-CLAIM OF WEINGARTEN & MORTUJA** upon:

JON L. NORINSBERG, ESQ.
Attorneys for Plaintiff
225 Broadway, Suite 2700
New York, New York  10007
(212) 791-5396

HECHT, KLEEGER, PINTEL & DAMASHEK
Attorneys for Plaintiff
275 Madison Avenue
Suite 1100
New York, New York  10016
(212) 490-5700

MARJORIE E. BORNES
Attorney for Defendant
NANA GHOSH
330 West 34th Street
New York, New York  10001
(212) 857-8252

BAKER, McEVOY, MORRISSEY & MOSKOVITS, PC
Attorneys for Defendant
MOHD D. FARUGUE
330 West 34th Street, 7th Floor
New York, New York  10001
(212) 857-8230

PHILIP J. RIZZUTO, PC
Attorneys for Defendant
WAI KWOK HA
One Old Country Road – Suite 285
Carle Place, New York  11514
(516) 622-0606

GERBER & GERBER, PLLC
Attention: Fidel F. DelValle, Esq.
Attorneys for Defendants
GOLAM MORTUJA and FRED WEINGARTEN
26 Court Street, Suite 1405
Brooklyn, New York  11242
(718) 834-0559

MICHAEL COHEN
22-05 43rd Avenue
Long Island City, New York  11101-5018

ARISTISIDIS SHISMEROS
11-06 Broadway
Astoria, New York  11106-4838

    The attorneys for the respective parties in this action at the above addresses designated by said attorneys for that purpose by depositing a true copy thereof in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

_____
NANCY BARBATO

Sworn to before me this
5th day of November, 2007.

_____
Notary Public

TIFFANY S. HENDRICKSON
Notary Public, State of New York
No. 01HE6130070
Qualified in Westchester County
Commission Expires July 5, 20__