UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LOUISE ROGERS TATE,                                Case No.: 07 CV 5885

                         Plaintiff               **ANSWER TO CROSS-
                                                  CLAIM OF GHOSH**

NANA GHOSH, MICHAEL COHEN, MOHD D.
FARUGUE, ARISTISIDIS SHISMEROS,
WAI KWOK HA, GOLAM MORTUJA,                       Judge Assigned:
FRED WEINGARTEN, and HILTON HOTELS                Judge Castel
CORPORATION,

                         Defendants.
-----------------------------------------------------------------X

Defendant HILTON HOTELS CORPORATION hereinafter "HILTON", by its

attorneys, KAUFMAN BORGEEST & RYAN LLP, as and for its Answer to the Cross-

Claim of Defendant NANA GHOSH, states upon information and belief as follows:

FIRST:        In answering paragraph "15" of the pleading constituting the

Cross-Claim of Defendant GHOSH, Defendant, HILTON denies the allegations as to

Defendant HILTON and refers all issues of law to the Court and denies knowledge or

information sufficient to form a belief as to the truth of the allegations as to co-

defendants, MICHAEL COHEN, MOHD D. FARUGUE, ARISTISIDIS SHISMEROS,

WAI KWOK HA, GOLAM MORTUJA and FRED WEINGARTEN.


SECOND:       In answering paragraph "16" of the pleading constituting the

Cross-Claim of Defendant GHOSH, Defendant, HILTON denies the allegations as to

Defendant HILTON and refers all issues of law to the Court and denies knowledge or

information sufficient to form a belief as to the truth of the allegations as to co-

defendants, MICHAEL COHEN, MOHD D. FARUGUE, ARISTISIDIS SHISMEROS,

WAI KWOK HA, GOLAM MORTUJA and FRED WEINGARTEN.

**WHEREFORE**, answering Defendant, HILTON, hereby demands judgment dismissing Defendant GHOSH's Cross-Claim as against HILTON herein together with the costs, attorney's fees and such other and further relief as this Court may deem appropriate.

Dated: Valhalla, New York
      November 5, 2007

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP
By: Michael P. Mezzacappa, Esq. (MM 0757)
Attorneys for Defendant
HILTON HOTELS CORPORATION
200 Summit Lake Drive, First Floor
Valhalla, New York 10595
(914) 741-6100
Our File No.: 747.004

TO:    JON L. NORINSBERG, ESQ.
       Attorneys for Plaintiff
       225 Broadway, Suite 2700
       New York, New York 10007
       (212) 791-5396

       HECHT, KLEEGER, PINTEL & DAMASHEK
       Attorneys for Plaintiff
       275 Madison Avenue
       Suite 1100
       New York, New York 10016
       (212) 490-5700

       MARJORIE E. BORNES
       Attorney for Defendants
       NANA GHOSH
       330 West 34th Street
       New York, New York 10001
       (212) 857-8252

PHILIP J. RIZZUTO, PC
Attorneys for Defendant
WAI KWOK HA
One Old Country Road – Suite 285
Carle Place, New York  11514
(516) 622-0606

GERBER & GERBER, PLLC
Attention:  Fidel F. DelValle, Esq.
Attorneys for Defendants
GOLAM MORTUJA and FRED WEINGARTEN
26 Court Street, Suite 1405
Brooklyn, New York  11242
(718) 834-0559

BAKER, McEVOY, MORRISSEY & MOSKOVITS, PC
Attorneys for Defendant
MOHD D. FARUGUE
330 West 34th Street, 7th Floor
New York, New York  10001
(212) 857-8230

MICHAEL COHEN
22-05 43rd Avenue
Long Island City, New York  11101-5018

ARISTISIDIS SHISMEROS
11-06 Broadway
Astoria, New York  11106-4838

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK     )
                                 ) ss.:
COUNTY OF WESTCHESTER    )

**NANCY BARBATO**, being duly sworn, deposes and says:

That deponent is not a party to this action, is over 18 years of age and resides in Westchester County, New York.

That on the 5th day of November, 2007, deponent served the within **ANSWER TO CROSS-CLAIM OF GHOSH** upon:

JON L. NORINSBERG, ESQ.
Attorneys for Plaintiff
225 Broadway, Suite 2700
New York, New York  10007
(212) 791-5396

HECHT, KLEEGER, PINTEL & DAMASHEK
Attorneys for Plaintiff
275 Madison Avenue
Suite 1100
New York, New York  10016
(212) 490-5700

MARJORIE E. BORNES
Attorney for Defendant
NANA GHOSH
330 West 34th Street
New York, New York  10001
(212) 857-8252

BAKER, McEVOY, MORRISSEY & MOSKOVITS, PC
Attorneys for Defendant
MOHD D. FARUGUE
330 West 34th Street, 7th Floor
New York, New York  10001
(212) 857-8230

PHILIP J. RIZZUTO, PC
Attorneys for Defendant
WAI KWOK HA
One Old Country Road – Suite 285
Carle Place, New York  11514
(516) 622-0606

GERBER & GERBER, PLLC
Attention:  Fidel F. DelValle, Esq.
Attorneys for Defendants
GOLAM MORTUJA and FRED WEINGARTEN
26 Court Street, Suite 1405
Brooklyn, New York  11242
(718) 834-0559

MICHAEL COHEN
22-05 43rd Avenue
Long Island City, New York  11101-5018

ARISTISIDIS SHISMEROS
11-06 Broadway
Astoria, New York  11106-4838

The attorneys for the respective parties in this action at the above addresses designated by
said attorneys for that purpose by depositing a true copy thereof in a postpaid properly addressed
wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service
within the State of New York.

_____
NANCY BARBATO

Sworn to before me this
5th day of November, 2007.

_____
Notary Public

**TIFFANY S. HENDRICKSON**
Notary Public, State of New York
No. 01HE6130070
Qualified in Westchester County
Commission Expires July 5, 20 09