UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LOUISE ROGERS TATE,                                    Case No.: 07 CV 5885

                     Plaintiff                        **ANSWER TO CROSS-**
                                                                         **CLAIM OF KWOK WAI**
NANA GHOSH, MICHAEL COHEN, MOHD D.                     **HA i/s/a WAI KWOK HA**
FARUGUE, ARISTISIDIS SHISMEROS,
WAI KWOK HA, GOLAM MORTUJA,                            Judge Assigned:
FRED WEINGARTEN, and HILTON HOTELS                     Judge Castel
CORPORATION,

                     Defendants.
---------------------------------------------------------------X

Defendant HILTON HOTELS CORPORATION hereinafter "HILTON", by its attorneys, KAUFMAN BORGEEST & RYAN LLP, as and for its Answer to the Cross-Claim of Defendant KWOK WAI HA i/s/a WAI KWOK HA hereinafter "HA", states upon information and belief as follows:

FIRST:   In answering the paragraph labeled "AS AND FOR A CROSS-COMPLAINT AGAINST CO-DEFENDANTS" of the pleading constituting the Cross-Claim of Defendant HA, Defendant, HILTON denies the allegations as to Defendant HILTON and refers all issues of law to the Court and denies knowledge or information sufficient to form a belief as to the truth of the allegations as to co-defendants, NANA GHOSH, MICHAEL COHEN, MOHD D. FARUGUE, ARISTISIDIS SHISMEROS, GOLAM MORTUJA and FRED WEINGARTEN.

**WHEREFORE**, answering Defendant, HILTON, hereby demands judgment dismissing Defendant HA's Cross-Claim as against HILTON herein together with the costs, attorney's fees and such other and further relief as this Court may deem appropriate.

Dated: Valhalla, New York
       November 5, 2007

                                              Respectfully submitted,

                                              KAUFMAN BORGEEST & RYAN LLP
                                              By: Michael P. Mezzacappa, Esq. (MM 0757)
                                              Attorneys for Defendant
                                              HILTON HOTELS CORPORATION
                                              200 Summit Lake Drive, First Floor
                                              Valhalla, New York 10595
                                              (914) 741-6100
                                              Our File No.: 747.004

TO:    JON L. NORINSBERG, ESQ.
        Attorneys for Plaintiff
        225 Broadway, Suite 2700
        New York, New York 10007
        (212) 791-5396

        HECHT, KLEEGER, PINTEL & DAMASHEK
        Attorneys for Plaintiff
        275 Madison Avenue
        Suite 1100
        New York, New York 10016
        (212) 490-5700

        MARJORIE E. BORNES
        Attorney for Defendants
        NANA GHOSH
        330 West 34th Street
        New York, New York 10001
        (212) 857-8252

        PHILIP J. RIZZUTO, PC
        Attorneys for Defendant
        WAI KWOK HA
        One Old Country Road – Suite 285
        Carle Place, New York 11514
        (516) 622-0606

GERBER & GERBER, PLLC
Attention: Fidel F. DelValle, Esq.
Attorneys for Defendants
GOLAM MORTUJA and FRED WEINGARTEN
26 Court Street, Suite 1405
Brooklyn, New York  11242
(718) 834-0559

BAKER, McEVOY, MORRISSEY & MOSKOVITS, PC
Attorneys for Defendant
MOHD D. FARUGUE
330 West 34th Street, 7th Floor
New York, New York  10001
(212) 857-8230

MICHAEL COHEN
22-05 43rd Avenue
Long Island City, New York. 11101-5018

ARISTISIDIS SHISMEROS
11-06 Broadway
Astoria, New York  11106-4838

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF WESTCHESTER        )

**NANCY BARBATO**, being duly sworn, deposes and says:

That deponent is not a party to this action, is over 18 years of age and resides in Westchester County, New York.

That on the 5th day of November, 2007, deponent served the within **ANSWER TO CROSS-CLAIM OF KWOK WAI HA i/s/a WAI KWOK HA** upon:

JON L. NORINSBERG, ESQ.
Attorneys for Plaintiff
225 Broadway, Suite 2700
New York, New York  10007
(212) 791-5396

HECHT, KLEEGER, PINTEL & DAMASHEK
Attorneys for Plaintiff
275 Madison Avenue
Suite 1100
New York, New York  10016
(212) 490-5700

MARJORIE E. BORNES
Attorney for Defendant
NANA GHOSH
330 West 34th Street
New York, New York  10001
(212) 857-8252

BAKER, McEVOY, MORRISSEY & MOSKOVITS, PC
Attorneys for Defendant
MOHD D. FARUGUE
330 West 34th Street, 7th Floor
New York, New York  10001
(212) 857-8230

PHILIP J. RIZZUTO, PC
Attorneys for Defendant
WAI KWOK HA
One Old Country Road – Suite 285
Carle Place, New York 11514
(516) 622-0606

GERBER & GERBER, PLLC
Attention: Fidel F. DelValle, Esq.
Attorneys for Defendants
GOLAM MORTUJA and FRED WEINGARTEN
26 Court Street, Suite 1405
Brooklyn, New York 11242
(718) 834-0559

MICHAEL COHEN
22-05 43rd Avenue
Long Island City, New York 11101-5018

ARISTISIDIS SHISMEROS
11-06 Broadway
Astoria, New York 11106-4838

The attorneys for the respective parties in this action at the above addresses designated by said attorneys for that purpose by depositing a true copy thereof in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

                                            _____
                                            NANCY BARBATO

Sworn to before me this
5th day of November, 2007.

_____
Notary Public

TIFFANY S. HENDRICKSON
Notary Public, State of New York
No. 01HE6130070
Qualified in Westchester County
Commission Expires July 5, 20__