**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK

COUNTY OF NASSAU ss.:

YVETTE TRAYLOR being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in SUFFOLK County in the State of New York.

That on November 21, 2007, I served a true copy of the annexed

**DEFENDANT HA'S FIRST SET OF INTERROGATORIES** by filing electronically and by mailing the same in a sealed envelope, with postage prepared thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

JON L. NORINSBERG, ESQ.
Attorneys for Plaintiff
225 Broadway, Suite 2700
New York, New York 10007
212/791-5396

HECHT, KLEEGER, PINTEL & DAMASHEK
Attorneys for Plaintiff
275 Madison Avenue
Suite 1100
New York, New York 10016
212/490-5700

MARJORIE E. BORNES, ESQ.
Attorneys for Defendants
NANA GHOSH & MICHEAL COHEN
330 West 34th Street
New York, New York 10001
(212) 857-8252

GERBER & GERBER
Attorneys for Defendants
GOLAM MORTUJA & FRED WEINGARTEN
26 Court Street Suite 1405
Brooklyn, NY  11242
(718) 258-3096

KAUFMAN BORGEEST & RYAN, LLP
Attorneys for Hilton Hotels Corp
200 Summit Lake Drive, First Floor
Valhalla, New York 10595
914/741-6100

MICHAEL COHEN
22-05 43rd Avenue
Long Island City, New York 11101-5018

ARISTISIDIS SHISMEROS
11-06 Broadway
Astoria, New York 11106-4838

                                                                              _____/s_____
                                                                               YVETTE TRAYLOR

Sworn to before me November 21, 2007

____/s_____
Kenneth Shapiro, Esq.
Notary Public State of New York
No. 02SH5067693
Qualified in Nassau County
Comm. Expires October 21, 2010