UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
LOUISE ROGERS TATE,

        Plaintiff

NANA GHOSH, MICHAEL COHEN, MOHD D.
FARUGUE, ARISTISIDIS SHISMEROS,
WAI KWOK HA, GOLAM MORTUJA,
FRED WEINGARTEN, and HILTON HOTELS
CORPORATION,

        Defendants.
---------------------------------------------------------X

Case No.: 07 CV 5885

STIPULATION OF
DISCONTINUANCE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/08

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties that the above-referenced action discontinued without prejudice without costs to any party as against HILTON HOTELS CORPORATION only along with any cross-claims served in connection with the same.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be filed with the Court without further notice.

DATED: Valhalla, New York
December 27, 2007

By: _____
Jordan Hecht, Esq.
Hecht Kloeger, Pintel & Damashek
Attorneys for Plaintiff
LOUISE ROGERS TATE
275 Madison Avenue, Suite 1100
New York, New York 10016
(212) 490-5700

By: _____
Stephanie B. Gitnik, Esq.
Kaufman Borgeest & Ryan, LLP
Attorneys for Defendant
HILTON HOTELS CORPORATION
200 Summit Lake Drive
Valhalla, NY 10573
914-741-6100
fax: 914-741-0025
File: 747.004

By: _____
MARJORIE E. BORNES
Attorney for Defendant
NANA GHOSH
330 West 34th Street

By: _____
BAKER, McEVOY, MORRISSEY
& MOSKOVITS, PC
Attorneys for Defendant
MOHD D. FARUGUE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LOUISE ROGERS TATE,

                Plaintiff

NANA GHOSH, MICHAEL COHEN, MOHD D.
FARUGUE, ARISTISIDIS SHUSMEROS,
WAI KWOK HA, GOLAM MORTUJA,
FRED WEINGARTEN, and HILTON HOTELS
CORPORATION,

                Defendants.
-----------------------------------------------------------X

Case No.: 07 CV 5885

STIPULATION OF
DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties that the above-referenced action discontinued without prejudice without costs to any party as against HILTON HOTELS CORPORATION only along with any cross-claims served in connection with the same.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be filed with the Court without further notice.

DATED: Valhalla, New York
December 27, 2007

By: _____
Jordan Hecht, Esq.
Hecht Kleeger, Pintel & Damashek
Attorneys for Plaintiff
LOUISE ROGERS TATE
275 Madison Avenue, Suite 1100
New York, New York 10016
(212) 490-5700

By: _____
MARJORIE E. BORNES
Attorney for Defendant
NANA GHOSH
330 West 34th Street

By: _____
Stephanie B. Gitnik, Esq.
Kaufman Borgeest & Ryan, LLP
Attorneys for Defendant
HILTON HOTELS CORPORATION
200 Summit Lake Drive
Valhalla, NY 10573
914-741-6100
fax: 914-741-0025
File: 747.004

By: _____
BAKER, McEVOY, MORRISSEY
& MOSKOVITS, PC
Attorneys for Defendant
MOHD D. FARUGUE

New York, New York 10001
(212) 857-8252

By: _____
PHILIP J. RIZZUTO, PC
Attorneys for Defendant
WAI KWOK HA
One Old Country Road – Suite 285
Carle Place, New York 11514
(516) 622-0606

By: _____
Schirmer & Stathopoulos, P.C.
Attn: Ioannis P. Gloumis, Esq.
Attorneys for Defendant
ARISTISIDIS SHISMEROS
36-12 34th Ave Suite 300
Long Island City, New York 11106

330 West 34th Street, 7th Floor
New York, New York 10001
(212) 857-8230

By: _____
GERBER & GERBER, PLLC
Attention: Fidel F. DelValle, Esq.
Attorneys for Defendants
GOLAM MORTUJA and FRED
WEINGARTEN
26 Court Street, Suite 1405
Brooklyn, New York 11242
(718) 834-0559

Defendant MICHAEL COHEN has not appeared in this action and therefore has not asserted any cross-claims.

So Ordered: _____
U.S.D.J. Castel

New York, New York 10001
(212) 857-8252

By: _____
PITTA & DREIER, P.C. (illegible)
Attorneys for Defendant
WAI KWOK HA
One Old Country Road – Suite 285
Carle Place, New York 11514
(516) 622-0606

330 West 34th Street, 7th Floor
New York, New York 10001
(212) 857-8230

By: _____
GERBER & GERBER, PLLC
Attention: Fidel F. DelValle, Esq.
Attorneys for Defendants
GOLAM MORTUJA and FRED WEINGARTEN
26 Court Street, Suite 1405
Brooklyn, New York 11242
(718) 834-0559

By: _____
Schnitter & Stathopoulos, P.C.
Attn: Joannis P. Gloumis, Esq.
Attorneys for Defendant
ARISTIDIS SHISMEROS
36-12 34th Ave Suite 300
Long Island City, New York 11106

Defendant MICHAEL COHEN has not appeared in this action and therefore has not asserted any cross-claims.

So Ordered
U.S.D.J. Castel

1-4-08