| | |
|---|---|
| UNITED STATES DISTRICT COURT | 07-CV-5885 |
| SOUTHERN DISTRICT OF NEW YORK | |
| LOUISE ROGERS TATE, | Justice Castel |
| Plaintiff, | |
| -against- | **DISCLOSURE OF INTERESTED PARTIES** |
| NANA GHOSH, GOLDEN CHILD CORP., MOHD D. FARUGUE, NAFPAKTOS, INC., WAI KWOK HA, GOLAM MORTUJA, and BECK CAB CORP., | |
| Defendants | |
| | File No. 539231 |

The defendant, NAFPAKTOS, INC., by his attorney, MICHAEL I. JOSEPHS, ESQ., an Associate of BAKER, McEVOY, MORRISSEY & MOSKOVITS, PC, having filed an initial pleading in the above captioned matter, makes the following disclosure, as required by Local Rule 7.1:

Defendant NAFPAKTOS, INC. is a privately held corporation.  It does not have a parent corporation and therefore, no publicly held corporation owns 10% or more of its stock.

Dated:  January 10, 2008
         New York, New York

                                       MICHAEL I. JOSEPHS, ESQ.
                               Baker, McEvoy, Morrissey & Moskovits, PC
                                        Attorney for Defendants
                                            NAFPAKTOS, INC.
                                330 West 34th Street, 7th Floor
                                    New York, New York 10001
                                             (212) 845-8744

                                        _____
                                          Michael I. Josephs, Esq.

CERTIFICATION OF SERVICE BY ELECTRONIC FILING

State of New York    )
                               ss.
County of New York)

      Michael I. Josephs, an attorney admitted to practice in the United States District Court for the Southern District of New York, hereby certifies that on January 10, 2008, a Rule 7.1 Disclosure Statement on behalf of Defendant NAFPAKTOS, INC., was filed electronically with the Clerk of the Court, and is therefore available for copying by the other parties in this case:

JONATHAN S. DAMASHEK, ESQ.
HECHT KLEEGER PINTEL & DAMASHEK
Attorney for Plaintiff, LOUISE ROGERS TATE
275 Madison Avenue, Suite 1100
New York, NY 10279-0003
212-490-5700

MARJORIE E. BORNES, ESQ.
Attorney for Defendant, NANA GHOSH
330 W. 34th Street, 7th Floor
New York, New York 10001
212-857-8252

PHILIP JOHN RIZZUTO, ESQ.
PHILIP J. RIZZUTO, PC
Attorney for Defendant, WIA KWOK HA
One Old Country Road, Suite 285
Carle Place, NY 11514
516-622-0606

FIDEL F. DEL VALLE, ESQ.
GERBER & GERBER, PLLC
Attorneys for Defendants, GOLAM MORTUJA and BECK CAB CORP.
26 Court Street, Suite 1405
Brooklyn, New York 11242
718-834-0559

Dated: January 10, 2008
       New York, New York                 _____
                                          Michael I. Josephs, Esq.

Case 1:07-cv-05885-PKC   Document 37   Filed 01/10/2008   Page 3 of 3