UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
LOUISE ROGERS TATE,                             INDEX NO. 07 CV 5885(PKC)

                Plaintiff,

       -against-                                RULE 7.1
                                                       DISCLOSURE STATEMENT
NANA GHOSH, GOLDEN CHILD CORP, MOHD D.
FARUGUE, NAFPAKTOS, INC., WAI KWOK HA,
GOLAM MORTUJA, BECK CAB CORP.

                Defendants.
------------------------------------------------X

S I R S:

    The undersigned, Gerber & Gerber, PLLC, are retained as attorneys for the defendants, BECK CAB CORP. and GOLAM MORTUJA.

    Defendant BECK CAB CORP. is a closely held corporation. It does not have a parent corporation and therefore no publicly held corporation owns more than 10% of its stock.


DATED: January 16, 2008
       Brooklyn, New York


                                            GERBER & GERBER, PLLC
                                            Attorneys for Defendants BECK
                                            CAB CORP. and GOLAM MORTUJA
                                            26 Court Street, Suite 1405
                                            Brooklyn, NY 11242
                                            (718) 834-4850

                                            _____
                                            Fidel F. Del Valle, Esq. (FD1049)