| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK_____<br>LOUISE ROGERS TATE,<br>                               Plaintiff,<br>    -against-<br><br>NANA GHOSH, GOLDEN CHILD CORP., MOHD D.<br>FARUGUE, NAFPAKTOS, INC., WAI KWOK<br>HA, GOLAM MORTUJA, and BECK CAB CORP.,<br>                               Defendants | 07-CV-5885<br><br>Justice Castel<br><br>**ANSWER TO<br>CO-DEFENDANTS<br>CROSS-CLAIMS<br>DEMAND FOR<br>TRIAL BY JURY**<br><br>File No. 539231 |

The defendants, MOHD D. FARUGUE and NAFPAKTOS, INC., by their attorney, MICHAEL I. JOSEPHS, ESQ., an Associate of BAKER, McEVOY, MORRISSEY & MOSKOVITS, PC, answers the Cross-Claims of Co-Defendants, BECK CAB CORP., and GOLAM MORTUJA, as follows:

Denies each and every allegation contained in paragraphs numbered 1, 2 and 3 of the Crossclaim found in the Answer to Amended Complaint of Defendants, BECK CAB CORP., and GOLAM MORTUJA.

WHEREFORE, the answering Defendants, MOHD D. FARUGUE and NAFPAKTOS, INC., demand Judgment dismissing Plaintiff's Complaint and the Cross-Claims of Co-Defendant, BECK CAB CORP., and GOLAM MORTUJA. To the extent, if any, that Defendants, MOHD D. FARUGUE and NAFPAKTOS, INC., are found liable to Plaintiff, Judgment is demanded on the instant Defendant's Cross-Claims against all co-defendants for indemnification for the instant Defendants liability, if any, together with attorney's fees, costs and disbursements of this action.

Dated: February 6, 2008
       New York, New York

                                                  _____
                                                      Michael I. Josephs, Esq.
                                    Baker, McEvoy, Morrissey & Moskovits, PC
                                           Attorneys for Defendants
                                  MOHD D. FARUGUE & NAFPAKTOS, INC.
                                      330 West 34th Street, 7th Floor
                                          New York, New York 10001
                                                  212-845-8744

CERTIFICATION OF SERVICE BY ELECTRONIC FILING

State of New York   )
                          ss.
County of New York)

      Michael I. Josephs, an attorney admitted to practice in the United States District Court for the Southern District of New York, hereby certifies that on February 6, 2008, an Answer To the Cross-claims of Co-Defendants, BECK CAB CORP., and GOLAM MORTUJA, was filed electronically with the Clerk of the Court on behalf of Defendants MOHD.D. FARUGUE and NAFPAKTOS, INC., and is therefore available for copying by the other parties in this case:

JON LOUIS NORINSBERG, ESQ.
LAW OFFICES OF JON L. NORINSBERG
Attorneys for Plaintiff, LOUISE ROGERS TATE
225 Broadway, Suite 2700
New York, New York 10007
212-791-5396

JONATHAN S. DAMASHEK, ESQ.
HECHT KLEEGER PINTEL & DAMASHEK
Attorney for Plaintiff, LOUISE ROGERS TATE
275 Madison Avenue, Suite 1100
New York, NY 10279-0003
212-490-5700

MARJORIE E. BORNES, ESQ.
Attorney for Defendant, NANA GHOSH and GOLDEN CHILD CORP.
330 W. 34th Street, 7th Floor
New York, New York 10001
212-857-8252

PHILIP JOHN RIZZUTO, ESQ.
PHILIP J. RIZZUTO, PC
Attorney for Defendant, WIA KWOK HA
One Old Country Road, Suite 285
Carle Place, NY 11514
516-622-0606

FIDEL F. DEL VALLE, ESQ.
GERBER & GERBER, PLLC
Attorneys for Defendants, GOLAM MORTUJA and BECK CAB CORP.
26 Court Street, Suite 1405
Brooklyn, New York 11242
718-834-0559



Dated:  February 6, 2008
       New York, New York                        _____
                                                            Michael I. Josephs, Esq.