UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
LOUISE ROGERS TATE,                                                  Justice Castel
                        Plaintiff(s),                            07 CV 5885

              - against -
NANA GHOSH, GOLDEN CHILD CORP, MOHD,            **Defendant(s)**
FARUGUE, NAFPAKTOS, INC., WAI KWOK HA,           **Disclosure of**
GOLAM MORTUJA AND BECK CAB CORP,                **Interested Parties**
                      Defendant(s).
-------------------------------------------------------------------x

       I, **MARJORIE E. BORNES**, attorney for defendant(s) **GOLDEN CHILD CAB CORP s/h/a GOLDEN CHILD CORP AND NANA GHOSH**, having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Local Rules for the Southern and Eastern Districts of New York:

       Pursuant to Local Rule 7.1 and upon information and belief, on behalf of Defendant(s) **GOLDEN CHILD CAB CORP**, I respectfully state that defendant is a domestic corporation of New York and has no corporate parents, subsidiaries or affiliates.

Dated: New York, NY
       February 27, 2008                  Yours, etc.,


                                           _____
                                         **MARJORIE E. BORNES, ESQ. MB6505**
                                         Attorney for Defendant(s)
                                         *Golden Child and Ghosh*
                                         330 West 34th Street – 7th Floor
                                         New York, NY 10001
                                         (212) 857-8252

This disclosure must be completed by counsel for all defendants at the time of initial pleading and filed with the court.

Rule 7.1 - Disclosure Statement

       A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LOUISE ROGERS TATE,                                    Justice Castel
        Plaintiff(s),                                    07-CV-5885
  - against -
NANA GHOSH, GOLDEN CHILD CORP, MOHD
D. FARUGUE, NAFPAKTOS INC., WAI KWOK HA,
GOLAM MORTUJA, BECK CAB CORP
        Defendant(s).
------------------------------------------------------------------x

**CERTIFICATION OF SERVICE BY EFILING AND MAIL**

STATE OF NEW YORK    )
                           ) ss:
COUNTY OF NEW YORK   )

     I hereby certify that on February 28, 2008 the foregoing document **RULE 7.1** was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District=s Local Rules, and/or the Southern District=s Rules on Electronic Service, upon:

**TO:**    **SEE RIDER**


_____
MARJORIE E. BORNES, ESQ

**RIDER**

**By electronic filing:**

TO:    **HECHT, KLEEGER, PINTEL & DAMASHEK**
Jordan Hecht, Esq.
Attorneys for Plaintiff *Tate*
19 West 44th Street
New York, NY 10036
(212) 490-5700

**BAKER, McEVOY, MORRISSEY & MOSKOVITS, PC**
Michael Josephs, Esq.
Attorneys for Defendant(s)
*Faugue and Nafpaktos, Inc*
330 West 34th Street – 7th Floor
New York, NY 10001
(212) 857-8230

**PHILIP J. RIZZUTO, PC**
Attorneys for Defendant(s)
*Wia Kwok Ha*
One Old Country Road – Suite 285
Carle Place, NY 11514
(516) 622-0606

**GERBER & GERBER, PLLC**
Fidel F. Del Valle, Esq. (FD 1049)
Attorneys for Defendant(s)
*Beck Cab Corp and Golam Mortuja*
26 Court Street – Suite 1405
Brooklyn, NY 11242
(718) 834-0559

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
INDEX # 07-CV-5885

LOUISE ROGERS TATE,
                Plaintiff(s),
   - against -
NANA GHOSH, GOLDEN CHILD CORP, MOHD D. FARUGUE,
NAFPAKTOS, INC., WAI KWOK HA, GOLAM MORTUJA AND
BECK CAB CORP,
                Defendant(s).

## RULE 7.1

**MARJORIE E. BORNES, ESQ.**
Attorney for Defendant(s) *Golden Child and Ghosh*
330 West 34th Street - 7th Floor
New York, NY 10001
(212) 857-8252

*TO:*
*Attorney for*_____
*Service of a copy of the within*               *is hereby admitted.*

*Dated*             _____        *Attorneys for*

**PLEASE TAKE NOTICE**
_____Notice of Entry
that the within is a true copy of a     duly entered in the office of the Clerk of the within Court
on        , 200 .

_____Notice of Settlement
that an order of which the within is a true copy will be presented for  settlement to the Hon.
, one of the Judges of the within named Court, at    on    at    A.M.
Dated

**MARJORIE E. BORNES, ESQ.**
*Attorney for Defendant(s)*
*Golden Child and Ghosh*
330 West 34th Street - 7th Floor
New York, NY 10001
212-857-8252

TO:
Attorney for