UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

LOUISE ROGERS TATE,

                        Plaintiff,

-against-

NANA GHOSH, GOLDEN CHILD CORP, MOHD D.
FARUGUE, NAFPAKTOS, INC., WAI KOWK HA,
GOLAM MORTUJA, BECK CAB CORP,

                        Defendant.

------------------------------------------------------------X

Case No.: 07 CV 5885

*Partial*
STIPULATION OF
DISCONTINUANCE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08

      IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties that the above-referenced action be discontinued with prejudice and without costs to any party as against ARISTIDIS SHISMENOS only along with any cross-claims served in connection with the same.

      IT IS FURTHER STIPULATED AND AGREED that this stipulation may be filed with the Court without further notice.

      A signed facsimile of this stipulation shall be deemed as an original.

Dated: Long Island City, New York
       January 3, 2008

By: _____
Ioannis P. Gloumis, Esq.
Schirmer & Stathopoulos, P.C.
Attorneys for Defendant
ARISTIDIS SHISMENOS
36-12 34th Avenue, Suite 300
Long Island City, New York 11106
(718) 707-2915

By: _____
Stephanie B. Gitnik, Esq.
Kaufman, Borgeest & Ryan, LLP
Attorneys for Defendant
HILTON HOTELS CORPORATION
200 Summit Lake Drive
Valhalla, New York 10573
(914) 741-6100

By: _____
Jordan Hecht, Esq.
Hecht, Kleeger, Pintel & Damashek
Attorneys for Plaintiff
LOUISE ROGERS TATE
275 Madison Avenue, Suite 1100
New York, New York 10016
(212) 490-5700

By: _____
Marjorie E. Bornes, Esq.
Attorney for Defendant
NANA GHOSH
330 West 34th Street
New York, New York 10001
(212) 857-8252

JAN-03-2008 16:16   KAUFMAN, BORGEEST & RYAN                              P.03

By: _____        By: _____
Fidel F. Delvalle, Esq.                       PHILIP RIZZUTO, P.C.
Gerber & Gerber, PLLC                         Attorneys for Defendant
Attorneys for Defendants                      WAI KWOK HA
GOLAM MORTUJA and FRED WEINGARTEN             One Old Country Road, Suite 285
26 Court Street, Suite 1405                   Carle Place, New York 11514
Brooklyn, New York 11242                      (516) 622-0606
(718) 834-0559

By: _____
BAKER, McEVOY, MORRISSEY
& MOSKOVITS, P.C.
Attorneys for Defendant
MOHD D. FARUGUE
330 West 34th Street, 7th Floor
New York, New York 10001
(212) 857-8230

Defendant MICHAEL COHEN has not appeared in this action and therefore has not asserted any cross-claims.

So ordered:   _____
              U.S.D.J. Castel

TOTAL P.03

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
LOUISE ROGERS TATE,

                          Plaintiff,

-against-

NANA GHOSH, GOLDEN CHILD CORP, MOHD D.
FARUGUE, NAFFAKTOS, INC., WAI KOWK HA,
GOLAM MORTUJA, BECK CAB CORP,
                         Defendant.
------------------------------------------------X

Case No.: 07 CV 5885

STIPULATION OF
DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties that the above-referenced action be discontinued with prejudice and without costs to any party as against ARISTIDIS SHISMENOS only along with any cross-claims served in connection with the same.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be filed with the Court without further notice.

A signed facsimile of this stipulation shall be deemed as an original.

Dated: Long Island City, New York
January 3, 2008

By: _____
Ioannis K Gloumis, Esq.
Schirmer & Stathopoulos, P.C.
Attorneys for Defendant
ARISTIDIS SHISMENOS
36-12 34th Avenue, Suite 300
Long Island City, New York 11106
(718) 707-2915

By: _____
Stephanie B. Glinik, Esq.
Kaufman, Borgeest & Ryan, LLP
Attorneys for Defendant
HILTON HOTELS CORPORATION
200 Summit Lake Drive
Valhalla, New York 10573
(914) 741-6100

By: _____
Jordan Hecht, Esq.
Hecht, Kleeger, Pintel & Damashek
Attorneys for Plaintiff
LOUISE ROGERS TATE
275 Madison Avenue, Suite 1100
New York, New York 10016
(212) 490-5700

By: _____
Marjorie E. Bornes, Esq.
Attorney for Defendant
NANA GHOSH
330 West 34th Street
New York, New York 10001
(212) 857-8252

01/03/2008  15:14   17187072921           SCHIRMER&STATHOPOULO                    PAGE  03/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No.: 07 CV 5885

-----------------------------------------------------------X

LOUISE ROGERS TATE,

                        Plaintiff,

**STIPULATION OF DISCONTINUANCE**

-against-

NANA GHOSH, GOLDEN CHILD CORP, MOHD D.
FARUGUE, NAFPAKTOS, INC., WAI KOWK HA,
GOLAM MORTUJA, BECK CAB CORP,

                        Defendant.

-----------------------------------------------------------X

     IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties that the above-referenced action be discontinued with prejudice and without costs to any party as against ARISTIDIS SHISMENOS only along with any cross-claims served in connection with the same.

     IT IS FURTHER STIPULATED AND AGREED that this stipulation may be filed with the Court without further notice.

     A signed facsimile of this stipulation shall be deemed as an original.

Dated: Long Island City, New York
        January 3, 2008

By: _____
Ioannis P. Gloumis, Esq.
Schirmer & Stathopoulos, P.C.
Attorneys for Defendant
ARISTIDIS SHISMENOS
36-12 34th Avenue, Suite 300
Long Island City, New York 11106
(718) 707-2915

By: _____
Jordan Hecht, Esq.
Hecht, Kleeger, Pintel & Damashek
Attorneys for Plaintiff
LOUISE ROGERS TATE
275 Madison Avenue, Suite 1100
New York, New York 10016
(212) 490-5700

By: _____
Stephanie B. Gitnik, Esq.
Kaufman, Borgeest & Ryan, LLP
Attorneys for Defendant
HILTON HOTELS CORPORATION
200 Summit Lake Drive
Valhalla, New York 10573
(914) 741-6100

By: _____
Marjorie E. Bornes, Esq.
Attorney for Defendant
NANA GHOSH
330 West 34th Street
New York, New York 10001
(212) 857-8252

By: _____
Fidel F. Delvalle, Esq.
Gerber & Gerber, PLLC
Attorneys for Defendants
GOLAM MORTUJA and FRED WEINGARTEN
26 Court Street, Suite 1405
Brooklyn, New York 11242
(718) 834-0559

By: _____
BAKER, McEVOY, MORRISSEY
& MOSKOVITS, P.C.
Attorneys for Defendant
MOHD D. FARUGUE
330 West 34th Street, 7th Floor
New York, New York 10001
(212) 857-8230

By: _____
PHILIP RIZZUTO, P.C.
Attorneys for Defendant
WAI KWOK HA
One Old Country Road, Suite 285
Carle Place, New York 11514
(516) 622-0606

Defendant MICHAEL COHEN has not appeared in this action and therefore has not asserted any cross-claims.

So ordered: _____
U.S.D.J. Castel

4-29-08