UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
LOUISE ROGERS TATE,

                      Plaintiff,

            -against-

NANA GHOSH, MICHAEL COHEN, MOHD D. FARUQUE,
ARISTISIDIS SHISMEROS, WAI KWOK HA,
GOLAM MORTUJA, FRED WEINGARTEN, and MILTON
HOTELS CORPORATION,

                    Defendants.
------------------------------------------X

INDEX NO. 07 CV 5885 (PKC)

*Partial*

STIPULATION OF
DISCONTINUANCE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for

the respective parties that the above referenced action is discontinued

without costs and without prejudice to any party as against FRED

WEINGARTEN only along with any cross-claims served in conjunction with

the same.

Dated: Brooklyn, New York
       February 7, 2008

By: _____
    Fidel F. Del Valle, Esq.
    GERBER & GERBER, PLLC
    Attorneys for Defendants
    FRED WEINGARTEN
    GOLAM MORTUJA
    BECK CAB CORP
    26 Court St, Suite 1405
    Brooklyn, NY 11242
    718-834-4850

- 1 -

By: _____
    Jordan Hecht, Esq.
    HECHT,    KLOEGER,    PINTEL    &
    DAMASHEK
    Attorneys for Plaintiff
    LOUISE ROGERS TATE
    275Madison Ave, Suite 1100
    New York, NY 10016
    212-490-5700


By _____
    MARJORIE E. BORNES, ESQ.
    Attorney for Defendant
    NANA GHOSH
    330 West 34th St, 7th Fl
    New York, NY 10001
    212-857-8252


By: _____
    BAKER,   McEVOY,   MORRISSEY   &
    MOSKOVITS, PC
    Attorneys for Defendants
    MOHD D. FARUGUE
    NAFPAKTOS, INC.
    330 West 34th St, 7th Fl
    New York, NY 10001
    212-857-8230


By: _____
    PHILIP J. RIZZUTO, ESQ.
    Attorney for Defendant
    WAI KWOK HA
    One Old Country Rd, Suite 285
    Carle Place, NY 11514
    516-622-0606


By: _____
    KAUFMAN, BORGEEST & RYAN, LLP
    Attorneys for Defendant
    HILTON HOTELS CORPORATION
    200 Summit Lake Dr, 1st Fl
    Valhalla, NY 10595
    File 747.004
    914-741-6100

By: _____
    SCHIRMER & STATHOPOULOS, PC
    Attorneys for Defendant
    ARISTIDIS SHISMENOS
    s/h/a ARISTISIDIS SHISMEROS
    36-12 34TH Ave, Suite 300
    Long Island City, NY 11106
    718-707-2915

- 2 -

By: _[signature]_

By: _[signature]_

By: _[signature]_

By: _[signature]_

By: _[signature]_ Peter J. Ruffini
by Philip J. Rizzuto, PC

By: _[signature]_ Kaufman Borgeest & Ryan by
_[signature]_

So Ordered

Hon. P. Kevin Castel, U.S.D.J.

4-29-08