UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x   07-CV-5885
LOUISE ROGERS TATE,                                                 Justice Castel
        Plaintiff(s),
  - against -
NANA GHOSH, GOLDEN CHILD CORP, MOHD           **DEFENDANTS GHOSH**
D. FARUGUE, NAFPAKTOS INC., WAI KWOK HA,      **AND GOLDEN CHILD**
GOLAM MORTUJA, BECK CAB CORP                  **CORPS' RULE 26(a)**
        Defendant(s).                **DISCLOSURES**
----------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendant(s) Ghosh and Golden Child Corp., by their attorney Marjorie Bornes, Esq., makes the following disclosures.

1. Defendant(s) Ghosh and Golden Child Corp.are unaware of any witnesses, other than the parties and any witnesses named in the police report.

2. Defendant(s) have not yet determined what documents will be used at trial as discovery has not yet been conducted.

3. Defendants have not yet retained any expert witnesses, but disclosure of the same, in accordance with the federal rules, will be made as required by the Court.

4. The applicable insurance policy issued by American Transit Insurance Company provides coverage of 100/300; a copy of the declaration sheet is attached.

Dated:   New York, New York
         May 9, 2008                  Yours etc.:

                                                                       _____
                                                                       Marjorie E. Bornes, Esq
                                                                       330 West 34th St, 7th Floor
                                                                       New York, New York 10001
                                                                       (212) 857-8252

To: **HECHT, KLEEGER, PINTEL & DAMASHEK**
Jordan Hecht, Esq.
Attorneys for Plaintiff *Tate*
19 West 44th Street
New York, NY 10036
(212) 490-5700

**BAKER, McEVOY, MORRISSEY & MOSKOVITS, PC**
Michael Josephs, Esq.
Attorneys for Defendant(s)
*Faugue and Nafpaktos, Inc*
330 West 34th Street – 7th Floor
New York, NY 10001
(212) 857-8230

**PHILIP J. RIZZUTO, PC**
Attorneys for Defendant(s)
*Wia Kwok Ha*
One Old Country Road – Suite 285
Carle Place, NY 11514
(516) 622-0606

**GERBER & GERBER, PLLC**
Fidel F. Del Valle, Esq. (FD 1049)
Attorneys for Defendant(s)
*Beck Cab Corp and Golam Mortuja*
26 Court Street – Suite 1405
Brooklyn, NY 11242
(718) 834-0559

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
INDEX # 07-CV-5885

LOUISE ROGERS TATE,
                Plaintiff(s),
  - against -
NAN GHOSH, MICHAEL CHOEN, MOHD D. FARUGUE, ARISTISIDIS SHISMEROS, WAI KWOK HA, GOLAM MORTUJA, FRED WEINGARTEN, and HILTON HOTELS CORPORATION,
                Defendant(s).

### DEFENDANTS GHOSH AND GOLDEN CHILD CORPS' RULE 26(a) DISCLOSURES

**MARJORIE E. BORNES, ESQ.**
Attorney for Defendant(s) *Ghosh*
330 West 34th Street - 7th Floor
New York, NY 10001
(212) 857-8252

*TO:*
*Attorney for*

*Service of a copy of the within                is hereby admitted.*

*Dated*           _____
*Attorneys for*

**PLEASE TAKE NOTICE**
_____Notice of Entry
that the within is a true copy of a     duly entered in the office of the Clerk of the within Court on        , 200 .

_____Notice of Settlement
that an order of which the within is a true copy will be presented for settlement to the Hon.      , one of the Judges of the within named Court, at     on     at A.M.
Dated

                                      **MARJORIE E. BORNES, ESQ.**
                                      *Attorney for Defendant(s) Ghosh*
                                      330 West 34th Street - 7th Floor
                                      New York, NY 10001
                                      212-857-8252

TO:
Attorney for