# PROOF OF LIABILITY INSURANCE

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE RECEIVER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICY BELOW.

**INSURER AFFORDING COVERAGE**

AMERICAN TRANSIT INSURANCE COMPANY
330 West 34th Street 10th Floor
NEW YORK, NY 10001
1 800 683-ATIC

**INSURED**

GOLDEN CHILD CAB CORP

| AUTOMOBILE LIABILITY | POLICY NUMBER | POLICY EFFECTIVE DATE | POLICY EXPIRATION DATE |
|---|---|---|---|
| SCHEDULED AUTO | MP01L-A203329 | 03/01/2007 | 03/01/2008 |

| COVERAGES | LIMITS OF LIABILITY |
|---|---|
| BODILY INJURY | 100,000 EACH PERSON |
|  | 300,000 EACH ACCIDENT |
| PROPERTY DAMAGE | 10,000 EACH ACCIDENT |
| UNINSURED MOTORISTS (INCLUDES SUM) | 25,000 EACH PERSON |
|  | 50,000 EACH ACCIDENT |
| MANDATORY PERSONAL INJURY PROTECTION | 50,000 |
| ADDITIONAL PIP | 150,000 |
| COMPREHENSIVE |  |
| COLLISION |  |

DATE OF ISSUE   10/02/2007

CERT. FORM 09/01

*[signature]*
AUTHORIZED REPRESENTATIVE