UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x   07-CV-5885
LOUISE ROGERS TATE,                                                    Justice Castel
          Plaintiff(s),
  - against -
NANA GHOSH, GOLDEN CHILD CORP, MOHD
D. FARUGUE, NAFPAKTOS INC., WAI KWOK HA,
GOLAM MORTUJA, BECK CAB CORP
          Defendant (s).
------------------------------------------------------------------x

### CERTIFICATION OF SERVICE BY EFILING AND MAIL

STATE OF NEW YORK   )
                             ) ss:
COUNTY OF NEW YORK  )

      I hereby certify that on May 16, 2008, **DEFENDANTS GHOSH AND GOLDEN CHILD CORP'S RULE 26(a) DISCLOSURES** were filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District=s Rules on Electronic Service.

      In addition, on May 9, 2008, I served the same papers described above by depositing a true copy of same enclosed in a post paid properly addressed wrapper in a post office under the exclusive care and custody of the U.S. Postal Service within the State of New York addressed to each attorney or party as follows:

| | |
|---|---|
| **HECHT, KLEEGER, PINTEL & DAMASHEK**<br>Jordan Hecht, Esq.<br>Attorneys for Plaintiff *Tate*<br>19 West 44th Street<br>New York, New York 10036 | **BAKER, McEVOY, MORRISSEY & MOSKOVITS, PC**<br>Michael Josephs, Esq.<br>Attorneys for Defendant(s)<br>   *Faugue and Nafpaktos, Inc*<br>330 West 34th Street – 7th Floor<br>New York, New York 10001 |
| **PHILIP J. RIZZUTO, PC**<br>Attorneys for Defendant(s)<br>   *Wia Kwok Ha*<br>One Old Country Road - Suite 285<br>Carle Place, New York 11514 | **GERBER & GERBER, PLLC**<br>Fidel F. Del Valle, Esq.<br>Attorneys for Defendant(s)<br>   *Beck Cab Corp and Golam Mortuja*<br>26 Court Street – Suite 1405<br>Brooklyn, New York 11242 |

_____
MARJORIE E. BORNES, ESQ