UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x        07-CV-5885
LOUISE ROGERS TATE,                                                          Justice Castel

                                Plaintiff(s),

-   against –

NANA GHOSH, GOLDEN CHILD CORP., MOHD D.
FARUGUE, NEFPAKTOS, INC., WAI KWOK HA,
GOLAM MORTUJA,   BECK CAB CORP,

                                Defendant(s).
-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK      )
                                          ) ss:
COUNTY OF NEW YORK   )

      I hereby certify that on June 9, 2008 the foregoing document **DEFENDANTS ODIN AND CONMUR CAB CORPS' RULE 26(a) DISCLOSURES** was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District=s Rules on Electronic Service, upon:

        In addition, on May 20, 2008, I served the same papers described above by depositing a true copy of same enclosed in a post paid properly addressed wrapper in a post office under the exclusive care and custody of the U.S. Postal Service within the State of New York addressed to each attorney or party as follows:

**TO:**     SEE RIDER


_____
MARJORIE E. BORNES, ESQ

TO: **HECHT, KLEEGER, PINTEL & DAMASHEK**
Jordan Hecht, Esq.
Attorney for Plaintiff(s) *Tate*
19 West 44th – Suite 1500
New York, New York 10036
(212) 490-5700

**BAKER, McEVOY, MORRISSEY & MOSKOVITS, PC**
Michael Josephs, Esq.
Attorneys for Defendant(s)
*Mohd D. Faugue and*
*Nafpaktos, Inc.*
330 West 34th Street – 7th Floor
New York, New York 10001
(212) 857-8230

**PHILIP J. RIZZUTO, PC**
Attorneys for Defendant(s)
*Wia Kwok Ha*
One Old Country Road – Suite 285
Carle Place, New York 11514
(516) 622-0606

**GERBER & GERBER, PLLC**
Attorneys for Defendant(s)
*Beck Cab, Corp., Golam*
*Mortuja and Fred Weingarten*
26 Court Street – Suite 1405
Brooklyn, New York 11242
(718) 834-0559

**KAUFMAN, BORGEEST & RYAN, LLP**
Attorneys for Defendant(s)
*Hilton Hotels Corporation*
200 Summit Lake Drive – 1st Floor
Valhalla, New York 10595
(914)74-6100